No. 03–3121.

United States Court of Appeals, Federal Circuit.

**Valentino C. ALBA, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 03–3045.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2003.

Oct. 14, 2003.

Before MICHEL, SCHALL and GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

Before LOURIE, Circuit Judge, PLAGER, Senior Circuit Judge, and CLEVENGER, Circuit Judge.